UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC., <br> Plaintiff, <br> v. <br> EASTMAN KODAK COMPANY, <br> Defendant. | Case No. 17-cv-05940-WHO <br><br> **ORDER OF DISMISSAL** |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 4, 2017

_____
WILLIAM H. ORRICK
United States District Judge