| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court NDCA on the following:

( X ) Patents   or       ( ) Trademarks

| DOCKET NO: WHO<br>17-cv-05940-~~DMR~~ | DATE FILED:<br>October 16, 2017 | UNITED STATES DISCTRICT COURT<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
|---|---|---|
| PLAINTIFF:<br>Cellspin Soft, Inc. | | DEFENDANT:<br>Eastman Kodak Company |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | *SEE ATTACHED COMPLAINT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED        INCLUDED BY:
           ( ) Amendment         ( ) Answer         ( ) Cross Bill         ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGEMENT: |
|---|
| See attached Order of Dismissal, e-filed 12/4/17.<br><br>                                                                                  Clara Pierce<br>                                                                                  8/20/2019 |

*Susan Y. Soong* [signature]
Susan Y. Soong, Clerk

*V Kyono* [signature]
(by) Deputy Clerk, Valerie Kyono

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy