UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC., | Case No. 17-cv-05940-WHO |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| EASTMAN KODAK COMPANY, | |
| Defendant. | |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 4, 2017

WILLIAM H. ORRICK
United States District Judge